## POWELL v. FREEMAN.

(Supreme Court of Texas. June 12, 1912.)

MASTER AND SERVANT (§ 213*)—ASSUMPTION OF RISK—LIFTING BLOCKS OF ICE.

A railway employé assumed the risk of being injured through slipping and a block of ice falling upon him while attempting to lift a block weighing about 100 pounds from an ice box, using his hands in the absence of hooks or other appliance.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. §§ 559–564; Dec. Dig. § 213.*]

Error to Court of Civil Appeals of Second Supreme Judicial District.

Action by J. R. Powell against Thomas J. Freeman. From a judgment of the Court of Civil Appeals (144 S. W. 1033) reversing judgment for plaintiff, he brings error. Application for writ refused.

Plaintiff sues defendant, as receiver of a railroad, for injury to plaintiff caused by his slipping and a block of ice falling upon him while he was attempting to lift a block weighing about 100 pounds from an ice box,

using his hands in the absence of hooks or other appliance.

Mike E. Smith and Turner & Bradley, all of Ft. Worth, for applicant.

BROWN, C. J. This application is refused because the evidence of the plaintiff in error shows that he assumed the risk of lifting the ice as he did.

We do not approve the holding of the Court of Civil Appeals that the plaintiff was engaged in interstate commerce. That question is not passed upon by this court.